MARY Y. DURKEE, Respondent, *v.* RETSOF MINING COMPANY, Appellant.

*Durkee* v. *Retsof Mining Co.,* 116 App. Div. 921, affirmed.
(Submitted October 12, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 12, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for alleged damages to plaintiff's riparian rights.

*Edmonds Putney* for appellant.

*Erwin E. Shutt* and *J. H. Egan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.